RECEIVED
JUL 3 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Robert P. Daigle | Civil Action No. 05-0082 |
| versus | Judge Tucker L. Melançon |
| Donald McCarthy, et al | Magistrate Judge C. Michael Hill |

## JUDGMENT

In accordance with the Memorandum Ruling issued on this date,

IT IS ORDERED that the Motion for Summary Judgment filed by Defendant Diocese of Alexandria, Louisiana [Rec. Doc. 28] is GRANTED and plaintiff's claims against the Diocese of Louisiana are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion for Summary Judgment filed by Defendant Donald McCarthy [Rec. Doc. 32] is GRANTED and all of plaintiffs' claims against Defendant Donald McCarthy are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's Objection to the Magistrate Judge's Ruling of March 15 [Rec. Doc. 30] is DENIED AS MOOT.

IT IS FURTHER ORDERED that Plaintiff's Second Motion for Extension of Time to Complete Discovery [Rec. Doc. 45] is DENIED AS MOOT.

IT IS FURTHER ORDERED that the defendants' Requests to Strike the Affidavit of A.W. Richard Sipe are DENIED AS MOOT.

Thus done and signed this 31st day of July, 2006 at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge